B2830 (Form 2830) (04/16)

# U<small>NITED</small> S<small>TATES</small> B<small>ANKRUPTCY</small> C<small>OURT</small>

__Middle__ District Of __Pennsylvania__

In re __David M. Benson__  Case No. __11-08140__
      Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

　　Pursuant to 11 U.S.C. Section 1328(a), I certify that:

　　☒　　I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

　　❏　　I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

　　My current address: _____

　　My current employer and my employer's address: _____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

　　Pursuant to 11 U.S.C. Section 1328(h), I certify that:

　　☒　　I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

　　❏　　I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

\*　Amounts are subject to adjustment on 4/01/19, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  3/8/17                                David M. Benson
              Date                                                                     Debtor