March 12, 2017

Max Rosenn U.S. Courthouse
197 South Main Street, Suite 161
Wilkes-Barre, PA 18707

**Re: David Benson Case# 5-11-08140**

Dear sir or madam,

I am writing to you to inform you about my address change.

My new address is 8405 E Hampden Ave Apt 10N, Denver CO 80231.

Please update your records and send any future correspondence to this address.

If you have any questions please contact the undersigned at (917) 842 - 0562 or via email to dabenz8@yahoo.com

Thank you in advance.

Regards,

David Benson

FILED WILKES-BARRE, PA 2017 MAR 22 PM 1:49 CLERK U.S. BANKRUPTCY COURT