```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 11-08140-JJT
David M. Benson                                                     Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: May 15, 2017
                              Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2017.
db            +David M. Benson,    8405 E Hampden Avenue Apt. 10N,    Denver, CO 80231-4816

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                             TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 15, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Lakeview Loan Servicing, LLC ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Gregory Benjamin Schiller    on behalf of Asst. U.S. Trustee    United States Trustee
               Gregory.B.Schiller@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
              Joshua I Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin T McQuail    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Marisa Myers Cohen    on behalf of Creditor    Lakeview Loan Servicing, LLC Mcohen@mwc-law.com
              Thomas I Puleo    on behalf of Creditor    Lakeview Loan Servicing, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vern S. Lazaroff    on behalf of Debtor David M. Benson pabankruptcy@vernlazaroff.com,
               r39899@notify.bestcase.com
                                                                                             TOTAL: 9

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| David M. Benson<br>aka David Michael Benson<br>8405 E Hampden Avenue Apt. 10N<br>Denver, CO 80231 | Chapter 13<br>Case No. 5:11−bk−08140−JJT |

Last four digits of Social−Security, Individual Taxpayer−Identification, Employer Tax−Identification No(s)(if any):
xxx−xx−4638

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED, Charles J. DeHart, III (Trustee)** is discharged as trustee of the estate of the above−named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: May 15, 2017

By the Court,

Honorable John J. Thomas
United States Bankruptcy Judge
By: TWilson, Deputy Clerk